UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Nathanial Colin Blachere,

    Plaintiff,

v.

Dallas Baldwin, *et al.*,

    Defendants.

Case No. 2:23-cv-730

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On April 24, 2023, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's Complaint with prejudice for failure to respond to the Court's Show Cause Order. R&R, ECF No. 3. The R&R also recommended that the Court advise Plaintiff that the Court will dismiss with prejudice any future cases in which Plaintiff seeks to proceed without prepayment of fees if Plaintiff does not disclose his status under 28 U.S.C. § 1915(g) and identify all previously dismissed cases Plaintiff has filed under any name. *Id.* at 4. Finally, the R&R recommended certifying that any appeal of this case would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3). *Id.* at 5. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as the right to appeal the Court's adoption of the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. The Complaint is **DISMISSED WITH PREJUDICE**. Plaintiff is **NOTIFIED** that the Court will dismiss with prejudice any future cases in which Plaintiff seeks to proceed without prepayment of fees if Plaintiff fails to (1) disclose his status under 28 U.S.C. § 1915(g); or (2) identify all previously dismissed cases Plaintiff has filed under any name. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this case would not be taken in good faith.

The Clerk shall close the case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**